IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  RENA CHANCELLOR,              ) | |
|                                                           ) | |
|             Plaintiff,                            ) | |
|                                                           ) | |
|   vs                                                 ) Case No. 2011-CV-00762-GKF- | |
|                                                           ) FHM | |
|                                                           ) | |
| 2.  TOWN OF SPORTSMEN ACRES;    ) | |
| 3.  REX MORGAN, Mayor of the Town of Sportsmen    ) Jury trial demanded | |
| Acres, in his official and individual capacity;                ) | |
| 4.  DENNIS LOGAN, Former Mayor of the Town of    ) | |
| Sportsmen Acres, in his official and individual capacity;   ) | |
| 3.   REX MORGAN, Board Member of the Town of    ) | |
| Sportsmen Acres, in his official and individual              ) | |
| capacity; and                                                                  ) | |
| 5.  DUSTY BROWER, Board Member of the Town of   ) | |
| Sportsmen Acres, in his official and individual capacity,   ) | |
|                                                                                         ) | |
|             Defendants.                                                      ) | |

**BRIEF IN SUPPORT OF BILL OF COSTS OF
DEFENDANTS TOWN OF SPORTSMEN ACRES,
<u>REX MORGAN, DENNIS LOGAN AND DUSTY BROWER</u>**

The Defendants Town of Sportsmen Acres, Rex Morgan, Dennis Logan and Dusty Brower have requested in their Bill of Costs reimbursement for some of their costs in defending Plaintiff's action.  This brief consists of an explanation of those costs.

**I.
Fees for service of summons and subpoena**

The Defendants Town of Sportsmen Acres, Rex Morgan, Dennis Logan and Dusty Brower served a subpoena in this action to take the deposition of Regina Phillips, used by both sides in the motion for summary judgment and response thereto, with the service being performed by certified

process server.  That service is as follows:

| Date | Who was served with a subpoena | Cost |
|---|---|---|
| June 28, 2012 | Regina Phillips | $81.20 |

A copy of the Statement of Fees together with the check stub is attached hereto and marked as Exhibit 1.

## II.
## Fees printed or electronically recorded transcripts necessarily Obtained for Use in the Case.

Defendants paid the following fees for the printing of transcripts of depositions all of which were used in the motions for summary judgment in this action and response thereto.

| Date of deposition | Deponent | Court Reporter | Cost |
|---|---|---|---|
| 4-26-2012 | Rena Chancellor | Professional Reporters | $722.65 |
| 5-3-2012 | Johnny Rex Morgan, Dennis Edward Logan & Dusty Kay Brower | Tulsa Freelance Reporters | $264.50 |
| 7-9-2012 | Regina Phillips | Professional Reporters | $537.35 |

A copy of the invoices for these deposition transcripts is attached and marked as Exhibit 2.

## III.
## Fees for Witnesses

The Defendants Town of Sportsmen Acres, Rex Morgan, Dennis Logan and Dusty Brower attach hereto and marks as Exhibit 3 a copy of the check stub for payments to Regina Phillips, who was deposed as a witness in this case and whose testimony was used by both sides in the motion for summary judgment and response thereto.

## IV.
## Copies

The Defendants obtained a copy of the file of Plaintiff when she applied for unemployment compensation, and her statements were used in the motion for summary judgment. The Defendants attach hereto and mark as Exhibit 4 a copy of the invoice for copies of the documents together with proof of payment of the invoice.

## V.
## Docket Fee

28 U.S.C. §1923 provides a fee of $20.00 upon the successful entry of Judgment to a party. Defendants were the successful parties against the Plaintiff and are therefore due the Docket Fee. This sum should be awarded to each of the Defendants against the Plaintiff.

**Wherefore**, the Defendants Town of Sportsmen Acres, Rex Morgan, Dennis Logan, and Dusty Brower pray that they be granted judgment against the Plaintiff, Rena Chancellor, in the sum of $1,746.70.

Respectfully submitted,

BETTY OUTHIER WILLIAMS LAW OFFICE

 /s/ Betty Outhier Williams
Betty Outhier Williams, OBA# 9637
P.O. Box 87
Muskogee, OK  74402
918.687.5425  Telephone
918.687.0761   Telefax
bowlaw@sbcglobal.net

### Certificate of Service

I hereby certify that on the 19th day of June, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Kristopher Edward Koepsel | Rex Wade Thompson |
| kkoepsel@riggsabney.com | rthompson@riggsabney.com |

    I hereby certify that on the 19th day of June, 2013, I placed into the U. S. Mail with sufficient postage attached thereto, a copy of the foregoing document to:

None

                                            /s/ Betty Outhier Williams
                                            Betty Outhier Williams